UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-CIV-22318-HOEVELER

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,

    Plaintiff,

v.

BELLSOUTH TELECOMMUNICATIONS,
INC., and CHURCH & TOWER OF FLORIDA,
INC.,

    Defendants.

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF SIGNED ANSWERS TO INTERROGATORIES

Before the Court is the plaintiff's motion to compel Church & Tower of Florida, Inc., to provide properly executed answers to the plaintiff's first set of interrogatories. The plaintiff served the interrogatories on March 26, 2008, and Church & Tower provided answers by email on May 7, 2008. However, the signature page on the defendant's responses was left blank. The plaintiff claims that its numerous requests for a signed version of the answers were ignored, and this motion to compel inevitably followed.

The motion was filed on July 25, 2008, and Church & Tower was required to respond by August 11, 2008. To date, however, Church & Tower has not responded. The plaintiff's motion is, therefore, deemed to be unopposed, and, further, it appearing to the Court that the

motion has merit, the plaintiff's motion to compel is **GRANTED,** and the defendant is hereby ordered to provide properly signed responses to the plaintiff's first set of interrogatories within 5 calendar days.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 16th day of September, 2008.

*/s/ WM M Hoeveler*
WILLIAM M. HOEVELER
UNITED STATES DISTRICT COURT JUDGE

Copies Furnished: Counsel of Record